# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

*ATTORNEYS AT LAW*

1000 WOODBURY ROAD ▪ SUITE 402 ▪ WOODBURY, NY 11797
TELEPHONE: 516.7...
HTTP...

> Application for a stay denied. In the event a *Cheeks* submission is required, the parties shall file the settlement agreement for the Court's review and approval, together with a joint letter and proposed order by 1/18/2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 21, 2022

<u>VIA ECF</u>
Hon. Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

  Re: Henry v. Pelham Childrens Center Inc.
    <u>Case No.</u> : 22-cv-8081-PMH
    <u>Our File</u> : 1298-23455

Dear Honorable Judge Halpern,

  We represent Defendant *Pelham Children's Center, Inc.* in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that the parties reached a resolution. The parties respectfully request the Court implement a stay of proceedings for at least sixty (60) days from the date of this correspondence for the parties to file a stipulation of discontinuance with prejudice.

  We remain available should Your Honor require any additional information concerning this request.

  We thank the Court for its time and consideration.

              Respectfully submitted,

              *Michael A. D'Auria*

              Michael A. D'Auria

ERG/MAD/kd

cc: *via* ECF